UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE B. ADAMS,<br><br>        Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | Civil No. 3:20-CV-05756-RAJ<br><br><br>~~PROPOSED~~ ORDER ON MOTION TO FILE OVERLENGTH RESPONSIVE BRIEF |

        Based on Defendant's Motion, it is hereby ORDERED that Defendant is granted leave to file a responsive brief that contains an additional eight pages. Plaintiff is granted an additional four pages for her reply brief.

        DATED this 14th day of October, 2021.

The Honorable Richard A. Jones
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24