UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Alice B. Adams,<br><br>    Plaintiff,<br>vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:20-cv-05756-RAJ<br><br>~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO RESET BRIEFING SCHEDULE |

This matter having come on before the court on Plaintiff's application for an extension of the due date for her Plaintiff's Reply Brief, from Friday October 22, 2021 to Friday November 5, 2021, having shown good cause, NOW, THEREFORE, the Court ORDERS that:   The due date for Plaintiff's Reply Brief is now Friday, November 5, 2021.

DATED this 22nd day of October, 2021.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

~~PROPOSED~~ ORDER ON PLANTIFF'S UNOPPOSED MOTION
TO EXTEND DEADLINE TO FILE HER
PLAINTIFF'S REPLY BRIEF - Page 1

Harvey Grad, WSBA 6506
Harvey Grad, PS
323 Queen Anne Ave. N., Ste. 102
Seattle, WA 98109
Ph.: 206.331.3927 – Fax: 206.327.9284